

U.S. Department of Justice

United States Attorney
Eastern District of New York

JPL
F. #2019R01460

271 Cadman Plaza East
Brooklyn, New York 11201

January 20, 2023

By ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>Re: United States v. Javier Aguilar
>Criminal Docket No. 20-390 (ENV)

Dear Judge Vitaliano:

Pursuant to the Court's November 4, 2022 Order, after conferring with defense counsel, the government writes to respectfully request that the Court proceed with the status conference currently scheduled for January 27, 2023 at 2:30 p.m. At the conference, the parties intend to update the Court with respect to potential pretrial motions and discuss any resulting impact or proposed adjustments to the current motion schedule. Given the anticipatedly limited nature of the conference, the parties also respectfully request that the Court hold the status conference telephonically.[1]

Respectfully submitted,

BREON PEACE
United States Attorney

By:         /s/
Jonathan P. Lax
Assistant U.S. Attorney
(718) 254-6139

cc: Counsel of Record (by ECF)

---

[1] At the last status conference, the Court previously indicated that defense counsel could appear telephonically because defense counsel would be on trial in California.