UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

   - against -

JAVIER AGUILAR

              Defendant.

------------------------------X

No. 20-cr-390 (ENV)

**Served Via ECF On March 3, 2023**

## DEFENDANT'S MOTION TO SUPPRESS ELECTRONICALLY STORED EVIDENCE

    Defendant Javier Aguilar moves the Court under Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure for an order suppressing all evidence seized pursuant to a search warrant for Mr. Aguilar's emails and other electronically stored information executed on Google LLC in or around August to October 2020 and all evidentiary fruits obtained as a result of that warrant.

    If the Court is not prepared to suppress on the current record, then Mr. Aguilar also moves for a prompt evidentiary hearing on this motion to be held on a date and at a time to be designated by the Court, before the Honorable Eric N. Vitaliano, at the U.S. Federal Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201.

Respectfully submitted,

Dated: March 3, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: _____
Alex Spiro
Tai H. Park
Daniel R. Koffmann
George T. Phillips
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
alexspiro@quinnemanuel.com
taipark@quinnemanuel.com
danielkoffmann@quinnemanuel.com
georgephillips@quinnemanuel.com

*Counsel for Defendant Javier Aguilar*

cc: Counsel of Record (via ECF)