UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------X

UNITED STATES OF AMERICA

   - against -

JAVIER AGUILAR

          Defendant.

------------------------X

No. 20 Cr. 390 (ENV)

# MOTION OF TAI H. PARK FOR LEAVE TO
# WITHDRAW AS COUNSEL TO DEFENDANT JAVIER AGUILAR

I, Tai H. Park, formerly of Quinn Emanuel Urquhart & Sullivan, LLP, hereby respectfully move this Court under Local Criminal Rule 1.2 and Local Civil Rule 1.4 for an order granting me leave to withdraw as counsel to Defendant Javier Aguilar in the above-captioned case. I left Quinn Emanuel to start my own firm on July 5, 2023, and in my new role I will no longer be participating in Mr. Aguilar's defense. Quinn Emanuel attorneys Alex Spiro, Daniel Koffmann, Michael Packard, and George Phillips will continue to represent Mr. Aguilar in this case, which is set for trial on January 3, 2024. *See* Min. Entry (June 7, 2023).

I hereby certify that copies of this motion were served on Mr. Aguilar by email and on all counsel of record through the Court's CM/ECF system.

Dated: July 7, 2023

By:   */s/ Tai H. Park*
      Tai H. Park
      Tai Park PLLC
      1140 Avenue of the Americas
      17th Floor
      New York, NY 10036
      taihyunpark1@gmail.com
      (917) 346-3914

cc: Defendant Javier Aguilar (via email)